UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KULJEET SINGH, | CASE NO. C26-1614JLR |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents. | |

Before the court is *pro se* Petitioner Kuljeet Singh's application to proceed *in forma pauperis* ("IFP") in this 28 U.S.C. § 2241 habeas action.  (IFP App. (Dkt. # 1).) Petitioner demonstrates that he is unable to afford the $5.00 filing fee.  (*Id*.) Accordingly, the court GRANTS his application to proceed IFP (Dkt. # 1).

//

//

//

ORDER - 1

The Clerk is directed to file Petitioner's habeas petition without the prepayment of fees and send him a copy of this order.

Dated this <u>13th</u> day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2